# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TERRY A. RAYMOND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 19-00244-KD-B |
| ) | |
| LAKE OSPREY RV RESORT LLC; ) | |
| LAKE OSPREY RESORT REAL ESTATE, ) | |
| LLC; and LAKE OSPREY RV COUNTRY ) | |
| CLUB OWNERS ASSOCIATION, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

Previously, the Court ordered Plaintiff Terry A. Raymond to amend the complaint to properly allege the citizenship of the members of Lake Osprey RV Resort, LLC and Lake Osprey Resort Real Estate, LLC (doc. 12). He has now filed the First Amended Complaint (doc. 13).

Raymond now alleges that the LLCs are Alabama entities, that are "citizen[s] of Alabama" with their "principal place of business located in Alabama." (Id.). However, the Court ordered Raymond to allege the citizenship of the members of the LLCs. Again, for purposes of determining diversity of citizenship, "a limited liability company is a citizen of any state of which a member of the company is a citizen." Rolling Greens, MHP, L.P. v. Comcast SCH Holdings, L.L.C., 374 F.3d 1020, 1022–23 (11th Cir. 2004) (accord Mallory & Evans Contractors & Engineers, LLC v. Tuskegee Univ., 663 F.3d 1304, 1305 (11th Cir. 2011) (per curiam).

Alleging that the LLCs were organized under the laws of Alabama, are citizens of Alabama, and have their principal place of business in Alabama is not sufficient. Mallory & Evans Contractors & Engineers, LLC, 663 F.3d at 1305 ("The complaint in this case alleges that

Plaintiff Mallory & Evans Contractors and Engineers, LLC … is a 'Limited Liability Company created under the laws of the State of Georgia' with '[i]ts principal place of business ... in Scottdale, Georgia.' … This is an insufficient allegation of its citizenship. In Rolling Greens MHP, L.P. v. Comcast SCH Holdings, L.L.C., 374 F.3d 1020, 1022 (11th Cir.2004), we held that a limited liability company, like a partnership, 'is a citizen of any state of which a member of the company is a citizen.' We continued: 'To sufficiently allege the citizenships of these unincorporated business entities, a party must list the citizenships of all the members of the limited liability company....' Id.").

Accordingly, the First Amended Complaint is **STRICKEN** and Raymond, the party who bears the burden of establishing the existence of federal jurisdiction,[1] is **ORDERED** to file an **amended complaint** on or before **November 22, 2019,** to list the citizenship of all the members of Lake Osprey RV Resort, LLC and Lake Osprey Resort Real Estate, LLC.

**DONE** and **ORDERED** this the 14th day of November 2019.

> **/s/ Kristi K. DuBose**
> **KRISTI K. DuBOSE**
> **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Beavers v. A.O. Smith Electrical Products Co., 265 Fed. Appx. 772, 778 (11th Cir. 2008).